AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Wisconsin

| | | |
|---|---|---|
| CEME-TUBE LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:22-CV-00703 |
| CHROMA COLOR CORPORATION | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CHROMA COLOR CORPORATION                                                                                      .

Date:     01/10/2023

/s/Paul A. Del Aguila
*Attorney's signature*

Paul A. Del Aguila
*Printed name and bar number*

Benesch, Friedlander, Coplan & Aronoff, LLP
71 South Wacker Drive, Suite 1600
Chicago, IL   60606

*Address*

pdelaguila@beneschlaw.com
*E-mail address*

312-212-4938
*Telephone number*

312-767-9192
*FAX number*