### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CEME-TUBE LLC, | ) CASE NO. 3:22-CV-00703 |
| Plaintiff | ) JUDGE WILLIAM M. CONLEY |
| vs. | ) **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT** |
| CHROMA COLOR CORPORATION | |
| Defendant. | |

Defendant Chroma Color Corporation ("Chroma") hereby respectfully moves for an extension of its deadline to answer, move, or otherwise plead in response to Plaintiff's Complaint until January 31, 2023. Chroma very recently retained counsel for this matter, and counsel accordingly requires additional time to sufficiently investigate the facts of this case in order to draft a responsive pleading. Chroma's counsel reached out to Plaintiff's counsel regarding this proposed extension, and Plaintiff's counsel agreed to extend the deadline until January 31, 2023. As a result, Plaintiff does not oppose the instant Motion. For the above reasons, Chroma respectfully moves the Court to enter an Order extending its deadline to answer, move, or otherwise plead in response to Plaintiff's Complaint until January 31, 2023.

Respectfully submitted,

*/s/ Paul A. Del Aguila*

PAUL A. DEL AGUILA
**BENESCH, FRIEDLANDER, COPLAN
  & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4938
Email: pdelaguila@beneschlaw.com

ERIC L. ZALUD (PHV forthcoming)
DAVID M. HOPKINS (PHV forthcoming)
**BENESCH, FRIEDLANDER, COPLAN
  & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Email:      ezalud@beneschlaw.com
            dhopkins@beneschlaw.com

*Attorneys for Defendant
Chroma Color Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Paul A. Del Aguila*
Paul A. Del Aguila
*Attorneys for Defendant
Chroma Color Corporation*